```
Advance Financial Corporation
Attn: A. James Perry, CEO
3700 Mansell Road, Suite 350
Alpharetta, GA 30022

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

Ashley L. Newsome
1050 Mullinax Road
Jasper, GA 30143

AutoZone
PO Box 10 - Dept 9003
Memphis, TN 38101

Caterpillar Financial Services Corp.
Attn: Legal Dept.
100 NE Adams St
Peoria, IL 61629

Caterpillar Financial Services Corp.
David T. Walton, CEO
2120 West End Avenue
Nashville, TN 37203

Commercial Credit Group, Inc.
Rob Hart, VP-Collections
525 N Tryon Sreet, Suite 1000
Charlotte, NC 28202-0210

David L. Walker Jr.
attorney for Roland Tire, Inc.
Flint Connolly & Walker LLP
131 East Main Street
Canton, GA 30114

Douglas County Landfill
8700 Hospital Drive
Douglasville, GA 30134

Fountain Equipment Finance, LLC
Attn: Jacob Hawk
8331 East Walker Springs Lane
Suite 203 – Onyx Pointe 2
Knoxville, TN 37923

Fuelman Fleet Purchasing Card
655 Engineering Drive
Suite 300
Norcross, GA 30092
```

```
Fuelman Fleet Purchasing Card
5051 Cardinal St
Trussville, AL 35173

Georgia Department of Revenue
Compliance Div ARCS Bankrptcy
1800 Century Blvd NE, # 9100
Atlanta, GA 30345-3202

Goodyear Tire & Rubber Co.
3029 Moon Station Rd
Kennesaw, GA 30144

Hall County Waste Gainesville
Financial Services Dept
P.O. Box 1435
Blue Ridge, GA 30513

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kevin Newsome
1050 Mullinax Road
Jasper, GA 30143

King, Yaklin & Wilkins, LLP
Attn: Matt Wilkins
192 Anderson Street
Marietta, GA 30060

Kubota Credit Corporation, U.S.A.
1000 Kubota Dr
Grapevine, TX 76051

M&T Equipment Finance Corp.
Nick Canales, Collections Manager
10715 David Taylor Dr, Ste 550
Charlotte, NC 28262

M&T Equipment Finance Corporation
Michael D. Bloom, Esq.
300 Frank W. Burr Blvd., Suite 50
Teaneck, NJ 07666

Mason Tractor Co.
1050 Appalachian Highway
Blue Ridge, GA 30513

MHC Financial Services, LLC
4501 College Blvd, Suite 160
Leawood, KS 66211
```

```
Mobilized Fuels Inc.
542 Atlanta St SE
Marietta, GA 30060

Nichols, Cauley & Associates, LLC
3550 Engineering Drive; Suite 250
Norcross, GA 30092

Roland Tire, Inc.
Attn: Mark Roland
1305 Old Philadelphia Road
Jasper, GA 30143

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Sunbelt Rental Pro
1540 Howell Mill Rd NW
Atlanta, GA 30318

The McPherson Companies
Christian Colllns, Credit Manager
5051 Cardinal Street
Trussville, AL 35173

Toyota Commercial Finance
PO Box 660926
Dallas, TX 75266-0926

U S Department Of Justice Tax Division
Civl Trial Section Southern Region
P O Box 14198
Washington, DC 20044-4198

U.S. SBA - Georgia District
Terri L. Denison, Director
233 Peachtree St NE; #300
Atlanta, GA 30303

U.S. Small Business Admin.
COVID EIDL Service Cntr
14925 Kingsport Road
Fort Worth, TX 76155

U.S. Small Business Admin.
Disaster Loan Servicing
2 Nroth 20th Street; #320
Birmingham, AL 35203

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303-3309
```

```
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Yellowstone Mining and Landfill
255 Paga Mine Rd SE
Cartersville, GA 30120
```